**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHELLE SKREDE,

    Plaintiff,

v.

EMERGENT HOLDINGS, INC.,

    Defendant.

Case No. 1:22-cv-01121

Hon. Jane M. Beckering

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>340 Beakes St., Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br><br>Michelle R. Heikka (P66122)<br>Rudolph P. Makupson (P73646)<br>600 E. Lafayette Blvd., Ste. 1925<br>Detroit, Michigan 48266<br>(313) 983-2554<br>mheikka@bcbsm.com<br>rmakupson@bcbsm.com<br>*Attorneys for Defendant* | Scott R. Knapp (P61041)<br>Brandon C. Hubbard (P71085)<br>Nolan J. Moody (P77959)<br>Maureen J. Moody (P85032)<br>Zachary L. Pelton (P85197)<br>Grant W. Hohlbein (P86319)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant*<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933<br>(517) 371-1730<br>sknapp@dickinsonwright.com<br>bhubbard@dickinsonwright.com<br>nmoody@dickinsonwright.com<br>mmoody@dickinsonwright.com<br>zpelton@dickinsonwright.com<br>ghohlbein@dickinsonwright.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiff Michelle Skrede, and Defendant Emergent Holdings Inc., to dismiss this action with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiff and against Defendant in the above-captioned action with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiff's asserted claims, as well as any claims that Plaintiff could have asserted, against Defendant in the above-captioned action are hereby dismissed with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: July 22, 2024                              /s/ Jane M. Beckering
                                                  Hon. Jane M. Beckering

Stipulated to by:

| | |
|---|---|
| */s/ Noah S. Hurwitz* | */s/ Brandon C. Hubbard (w/consent)* |
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| HURWITZ LAW PLLC | Brandon C. Hubbard (P71085) |
| *Attorneys for Plaintiff* | Nolan J. Moody (P77959) |
| 340 Beakes St., Suite 125 | Maureen J. Moody (P85032) |
| Ann Arbor, MI 48104 | Zachary L. Pelton (P85197) |
| (844) 487-9489 | Grant W. Hohlbein (P86319) |
| noah@hurwitzlaw.com | DICKINSON WRIGHT PLLC |
| | *Attorneys for Defendant* |
| | 123 W. Allegan Street, Suite 900 |
| | Lansing, MI 48933 |
| | (517) 371-1730 |
| | sknapp@dickinsonwright.com |
| | bhubbard@dickinsonwright.com |
| | nmoody@dickinsonwright.com |
| | mmoody@dickinsonwright.com |
| | zpelton@dickinsonwright.com |
| | ghohlbein@dickinsonwright.com |